**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>    vs.<br><br>DONNELL R. S. JOHNSON,<br>a/k/a "D", a/k/a "Creep",<br>TERRANCE S. FLEMING,<br>a/k/a "Baydilla", a/k/a "Fatboy",<br>a/k/a "Rodney William Payne",<br>ANTONIO FLEMING, a/k/a "Wookie",<br>DALON JOHNSON, a/k/a "DayDay",<br>TEVORIS CARTER,<br>a/k/a "Peanut", a/k/a "Young Money",<br>ROCK EDWARD PHELPS II,<br>a/k/a "Skitzo Scoe",<br>DEMAR MOULTRIE,<br>a/k/a "Duckmane", a/k/a "All Day",<br>JERAELYN HILL,<br>a/k/a "Dredhead", a/k/a "Rae",<br>JERRY WORMLEY, JR.,<br>a/k/a "Two-tone",<br>EMMA ELIZABETH SHINE, and<br>BRENT GUNNELS, a/k/a "BG",,<br><br>        Defendants. | 3:12-cr-024-RRB-JDR<br><br>**ORDER GRANTING<br>MOTION FOR RELEASE OF<br>EVIDENCE FROM THE<br>NEVADA DEPARTMENT OF<br>PUBLIC SAFETY EVIDENCE<br>VAULT**<br><br>(Docket No. 330) |

       Having duly considered the United States' motion to release evidence

held by the Nevada Department of Public Safety the COURT directs as follows:

(1) The Nevada Department of Public Safety is ordered to release all evidence seized in connection with Nevada Highway Patrol Event NHP 110718-138107-18-111700 and Las Vegas Metropolitan Police Department case number 1107181381 from the LVMPD Forensic Laboratory and Evidence Vault, including all cocaine evidence to the custody of Special Agent Jeff Bell, with the Drug Enforcement Administration's Las Vegas field office for transportation to the District of Alaska. Also to include all physical evidence seized during the event, including but not limited to stereo equipment.

IT IS SO ORDERED.

DATED this 31st day of January, 2013, at Anchorage, Alaska.

/s/ *John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge